Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Shilo Inn, Newport, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Shilo Inn Newport Oceanfront** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **93-0998894** |

| | |
|---|---|
| **4.** | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| | **c/o Force Ten Partners, LLC**<br>**Attn: Brian Weiss, Manager**<br>**5271 California Ave., Suite 270**<br>**Irvine, CA 92617** |
| **536 SW Elizabeth Street**<br>**Newport, OR 97365** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Lincoln** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.shiloinns.com/shilo-inns-newport-oceanfront** |

| | |
|---|---|
| **6.** | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49    Pg. 1 of 43

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   7211

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49    Pg. 2 of 43

List all cases. If more than 1, attach a separate list

| Debtor District | **See Attachment** | Relationship | |
|---|---|---|---|
| | When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

     **Why does the property need immediate attention?** (*Check all that apply.*)

     ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

     ☐ It needs to be physically secured or protected from the weather.

     ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

     ☐ Other _____

     **Where is the property?** _____

         Number, Street, City, State & ZIP Code

     **Is the property insured?**

     ☐ No

     ☐ Yes.   Insurance agency _____

              Contact name _____

              Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49    Pg. 3 of 43

| Debtor | **Shilo Inn, Newport, LLC** | Case number *(if known)* |
|--------|------------------------------|--------------------------|
|        | Name                         |                          |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 10, 2025**
                MM / DD / YYYY

**X /s/ Brian Weiss**                       **Brian Weiss**
Signature of authorized representative of debtor        Printed name

Title    **Receiver, President of Shilo Newport Corp., Manager**

**18. Signature of attorney**

**X /s/ Richard B. Keeton**           Date **October 10, 2025**
Signature of attorney for debtor                   MM / DD / YYYY

**Richard B. Keeton**
Printed name

**Bush Kornfeld LLP**
Firm name

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
Number, Street, City, State & ZIP Code

Contact phone    **206-292-2110**      Email address    **rkeeton@bskd.com**

**WSBA 51537 WA**
Bar number and State

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49      Pg. 4 of 43

Fill in this information to identify the case:

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number (*if known*) _____ Chapter **11**

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **Shilo Inn, Bend, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Western District of Washington (Tacoma)** | When | **8/13/21** | Case number, if known | **21-41340-MJH** |
| Debtor | **Shilo Inn, Idaho Falls, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington (Tacoma)** | When | **11/02/20** | Case number, if known | **20-42489-MJH** |
| Debtor | **Shilo Inn, Nampa Suites, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington (Tacoma)** | When | **10/15/20** | Case number, if known | **20-42349-MJH** |
| Debtor | **Shilo Inn, Ocean Shores, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington (Tacoma)** | When | **10/15/20** | Case number, if known | **20-42348-MJH** |
| Debtor | **Shilo Inn, Portland/205, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington (Tacoma)** | When | **11/09/22** | Case number, if known | **22-41459-BDL** |
| Debtor | **Shilo Inn, Warrenton, LLC** | | | Relationship to you | **Affiliate** |
| District | **Western District of Washington (Tacoma)** | When | **8/13/21** | Case number, if known | **21-41341-MJH** |

## JOINT WRITTEN CONSENT IN LIEU OF MEETINGS
## OF THE MEMBERS AND MANAGER OF
## SHILO INN, NEWPORT, LLC

Brian Weiss ("Receiver"), being the sole court appointed receiver of Mark S. Hemstreet's ("Hemstreet") membership interests in Shilo Inn, Newport, LLC, an Oregon limited liability company (the "Company"), being the President and Secretary of Shilo Newport Corp, an Oregon corporation ("Manager"), the sole officers of Manager, and being the sole court appointed receiver of Shannon Hemstreet's powers of governance in the Company, acting as the sole Members of the Company (the "Members"), and being the sole appointed receiver over the power and control to manage the Company pursuant to an Order Granting Motion for Receiver under Case No. 22CV28471, filed June 7, 2023 in the 4th Judicial District, Multnomah County Circuit Court for the State of Oregon, and the Manager, consent to adopting the following resolutions in lieu of meetings, effective October 8, 2025 (the "Effective Date"):

> WHEREAS, the Members and Manager have determined it is in the best interest of the Company, its creditors, members, employees, and other interested parties, to take the following actions; therefore, it is:

### Resolutions to File for Chapter 11 Bankruptcy

RESOLVED, that Receiver, as President of Manager, is authorized, empowered and directed to execute a Chapter 11 bankruptcy proceeding under Title 11 of the United States Code (the "Bankruptcy Code") on behalf of or in the name of the Company, and take and perform any and all further actions and steps Receiver deems necessary, desirable and proper in connection with the Company's Chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that Receiver, as President of Manager, is authorized, empowered and directed to retain the law firm of Bush Kornfeld LLP ("BK") as bankruptcy counsel to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the rights of the Company in connection therewith, and Receiver as President of Manager, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of BK;

RESOLVED FURTHER, that Receiver, as President of Manager, is authorized, empowered and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, that Receiver, as President of Manager, is authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that Receiver, as President of Manager, is authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by Receiver to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement;

RESOLVED FURTHER, that any and all actions heretofore taken by Receiver in the name and on behalf of the Company and/or Manager in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects; and

RESOLVED FURTHER, that in connection with the commencement of the Chapter 11 case by the Company, Receiver, as President of Manager, is authorized, empowered and directed to negotiate, execute and deliver a cash collateral or other financing arrangement and the related guarantees thereto (including, in connection therewith, such notes, security agreements and other agreements or instruments as Receiver considers appropriate) on the terms and conditions that Receiver may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company and any affiliates.

*[Signature page follows]*

043794\00001\18352912v1

The Members and Manager have signed this Written Consent effective as of the Effective Date.

**MEMBERS:**

By: _Brian Weiss_____

Brian Weiss, Receiver for Mark Hemstreet's membership interests in Shilo Inn, Newport, LLC, and Receiver for Shannon Hemstreet's power of governance in Shilo Inn, Newport, LLC pursuant to the Order Granting Motion for Receiver under Case No. 22CV28471, filed June 7, 2023 in the 4th Judicial District, Multnomah County Circuit Court for the State of Oregon

SHILO NEWPORT CORP

By: _Brian Weiss_____

Brian Weiss, President

**MANAGER:**

SHILO NEWPORT CORP

By: _Brian Weiss_____

Brian Weiss, President

## JOINT WRITTEN CONSENT IN LIEU OF MEETINGS
## OF THE SHAREHOLDER AND DIRECTOR OF
## SHILO NEWPORT CORP

Brian Weiss ("Receiver"), being the sole court appointed receiver of Mark S. Hemstreet's ("Hemstreet") stock in Shilo Newport Corp, an Oregon corporation (the "Corporation"), being the sole director of the Corporation (the "Director"), and being the sole appointed receiver over the power and control to manage the Corporation pursuant to an Order Granting Motion for Receiver under Case No. 22CV28471, filed June 7, 2023 in the 4th Judicial District, Multnomah County Circuit Court for the State of Oregon, consent to adopting the following resolutions in lieu of meetings, effective October 8, 2025 (the "Effective Date"):

WHEREAS, the Shareholder and Director have determined it is in the best interest of the Corporation as Manager of Shilo Inn, Newport, LLC, an Oregon limited liability company (the "LLC"), to take the following actions; therefore, it is:

### Resolutions for the LLC to file for Chapter 11 Bankruptcy

RESOLVED, by the Receiver, as President of the Corporation, as Manager of the LLC, is authorized, empowered and directed to execute a Chapter 11 bankruptcy proceeding under Title 11 of the United States Code on behalf of or in the name of the LLC, and take and perform any and all further actions and steps Receiver deems necessary, desirable and proper in connection with the LLC's Chapter 11 case, with a view to the successful prosecution of such case; and

RESOLVED FURTHER, that Receiver, as President of the Corporation, as Manager of the LLC, is authorized, empowered and directed to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by Receiver to be necessary or desirable to carry out the purpose and intent of the foregoing resolution and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of a Chapter 11 plan and related disclosure statement; and

RESOLVED FURTHER, that any and all actions heretofore taken by Receiver in the name and on behalf of the Corporation as Manager of the LLC in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

[*Signature page follows*]

043794\00001\18353407v1

Docusign Envelope ID: 2F90C4D4-FCE3-407C-849C-98CF73C24A71

The Shareholder and Director have signed this Written Consent effective as of the Effective Date.

**SHAREHOLDER:**

By: _Brian Weiss_____

Brian Weiss, Receiver for Mark Hemstreet's stock in Shilo Newport Corp, pursuant to the Order Granting Motion for Receiver under Case No. 22CV28471, filed June 7, 2023 in the 4th Judicial District, Multnomah County Circuit Court for the State of Oregon

**DIRECTOR:**

By: _Brian Weiss_____

Brian Weiss

**Fill in this information to identify the case:**

Debtor name    **Shilo Inn, Newport, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 10, 2025**     X **/s/ Brian Weiss**
Signature of individual signing on behalf of debtor

**Brian Weiss**
Printed name

**Receiver, President of Shilo Newport Corp., Manager**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| | |
|---|---|
| Debtor name | **Shilo Inn, Newport, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Biba, LLC PO Box 2234 Newport, OR 97365** | **Sarabjit Singh, Bhagwant Sidhu** **sonubrar011@yahoo.com** | | | | | **$9,500.00** |
| **Booking.com B.V. PO Box 740401 Bank of America Lockbox Servs. Los Angeles, CA 90074-0401** | **customer.service@booking.com** | | | | | **$7,591.54** |
| **Central Lincoln PUD PO Box 1126 Newport, OR 97365** | **Fax: (541) 574-2098** | | | | | **$4,199.66** |
| **CenturyLink P.O. Box 52187 Phoenix, AZ 85072-2187** | **care.inquiry@Lumen.com** | | | | | **$1,187.23** |
| **City of Newport 169 SW Coast Highway Newport, OR 97365** | **Jennifer Gaddis** **jgaddis@ghrlawyers.com** | | | | | **$10,941.26** |
| **Ecolab Inc. PO Box 100512 Pasadena, CA 91189-0512** | **institutionalorders@ecolab.com** | | | | | **$10,663.48** |
| **Fire Protection Services, Inc. 9950 SW Arctic Drive Beaverton, OR 97005** | **fire2112@ymail.com** | | | | | **$5,286.50** |
| **Lincoln Cnty. Assessors Office 225 West Olive Street Room 207 Newport, OR 97365** | **assessorinfo@co.lincoln.or.us Fax:541-265-4148** | **Personal property taxes** | | | | **$47,078.24** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NW Natural PO Box 6017 Portland, OR 97228-6017 | media@nwnatural.com | | | | | $2,295.97 |
| Oregon Dep't of Revenue PO Box 14800 Salem, OR 97309-0920 | OSBP.help.dor@dor.oregon.gov Fax: (503) 945-8738 | Payroll taxes | | | | $0.00 |
| Oregon Dep't of Revenue PO Box 14110 Salem, OR 97309-0910 | OSBP.help.dor@dor.oregon.gov Fax: (503) 945-8738 | Transient lodging tax | | | | $39,079.02 |
| Rau Plumbing Inc. 626 NE 1st Street Newport, OR 97365 | RauPlumbing@yahoo.com | | | | | $922.22 |
| Sceptre Hospitality Resources PO Box 4356 Dept. 1936 Houston, TX 77210-4356 | shr@shr.global | | | | | $5,184.99 |
| Sprague Pest Control PO Box 2222 Tacoma, WA 98401 | Fax: 253-272-9676 | | | | | $1,712.00 |
| TK Elevator Corporation 788 Circle 75 Parkway SE Suite 500 Atlanta, GA 30339 | mediarelations.na@tkelevator.com | | | | | $6,727.02 |
| WorldVue Connect, Inc. 5847 San Felipe Street 21st Floor Houston, TX 77057 | service@worldvue.com | | | | | $6,499.56 |

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Newport, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ 19,700,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $ 911,231.75

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................... $ 20,611,231.75

---

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 15,184,265.70

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 620,865.09

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 72,739.53

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b

   $ 15,877,870.32

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49    Pg. 14 of 43

Debtor name      **Shilo Inn, Newport, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $100.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank (as of 9/30/2025)** | **Chase Platinum Business Checking** | **9220** | $2,251.50 |
| 3.2. | **US Bank (as of 9/30/2025)** | **US Bank Silver - Business Checking** | **1221** | $88.75 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $2,440.25

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Utility Deposits** | $18,596.00 |
|---|---|---|

7.2.  **Franchise Deposit** _____    $16,600.00

**Bush Kornfeld LLP**
**601 Union Street, Suite 5000**
**Seattle, WA 98101**

7.3.  **Balance of retainer** _____    $21,614.50

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                               | $56,810.50 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:        **544.80**   -        **544.80**  =....        $0.00
                              face amount            doubtful or uncollectible accounts
                              **Accounts Receivable**

12.    **Total of Part 3.**                                              | $0.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory: linens, towels and guest room amenities** | | $49,776.00 | Tax Basis | $49,776.00 |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    | $49,776.00 |

24. **Is any of the property listed in Part 5 perishable?**

    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Furniture | $382,474.00 | Tax Basis | $382,474.00 |
| 40. **Office fixtures**<br>Fixtures & Equipment | $349,952.00 | Tax Basis | $349,952.00 |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    | $732,426.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Restaurant Equipment** | $16,611.00 | Tax Basis | $16,611.00 |
| **Signage** | $53,168.00 | Tax Basis | $53,168.00 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $69,779.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.1. | **Real property and improvements located at 536 SW Elizabeth Street, Newport, OR 97365, commonly known as the Shilo Inn Newport Oceanfront Hotel.** | **Real property and improvements** | $0.00 | Jan. 2025 offer | $19,700,000.00 |
| 55.2. | **Leasehold interest in real property premises and billboard located at 538 SW Coast Highway, Newport, OR 97365.** | **Leasehold interest** | $0.00 | | Unknown |

**56.**    **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$19,700,000.00**

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No
     ☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No. Go to Part 11.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**   **Internet domain names and websites** | | | |
|      Shilo Inn Newport Oceanfront Hotel website | $0.00 | | Unknown |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **64.**   **Other intangibles, or intellectual property** | | | |
| **65.**   **Goodwill** | | | |

**66.**    **Total of Part 10.**

     Add lines 60 through 65. Copy the total to line 89.

**$0.00**

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

     ☑ No
     ☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

Part 11:      **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$2,440.25** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$56,810.50** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$49,776.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$732,426.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$69,779.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................> | | **$19,700,000.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$911,231.75** | + 91b. **$19,700,000.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$20,611,231.75** |

Debtor name **Shilo Inn, Newport, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A | Column B |
| --- | --- | --- |
|  | Amount of claim | Value of collateral that supports this claim |
|  | Do not deduct the value of collateral. |  |

| 2.1 | **City of Newport** | Describe debtor's property that is subject to a lien | $230,120.98 | Unknown |
| --- | --- | --- | --- | --- |

**2.1** **City of Newport**
Creditor's Name

**169 SW Coast Highway**
**Newport, OR 97365**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**1/16/2025**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All tangible property**

Describe the lien
**Tax Lien - Transient Room Tax**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$230,120.98**

Value of collateral: **Unknown**

---

**2.2** **RSS SGCMS2016-C5 - OR SIN, LLC**
Creditor's Name

**200 South Biscayne Blvd. Suite 3550**
**Miami, FL 33131**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/02/2015**
Last 4 digits of account number

Describe debtor's property that is subject to a lien
**All tangible and intangible personal property**

Describe the lien
**Deed of Trust, Assignment of Leases and Rents, and Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$14,567,522.45**

Value of collateral: **Unknown**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.3 | **U.S. Small Business Admin.** | Describe debtor's property that is subject to a lien | $386,622.27 | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Legal Dept.**
**419 SW 11th Ave., Suite 310**
**Portland, OR 97205**

Creditor's mailing address

**All tangible and intangible personal property**

Describe the lien
**Disaster COVID-19 Economic Injury secured**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**4/22/2020**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**7202**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $15,184,265.70 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **U.S. Small Business Admin.**<br>**Legal Dept.**<br>**2401 Fourth Ave., Suite 450**<br>**Seattle, WA 98121** | Line **2.3** | **7202** |

**Fill in this information to identify the case:**

Debtor name **Shilo Inn, Newport, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |
|  | **Internal Revenue Service**<br>**Centralized Insolvency Ops.**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | |
|  | Date or dates debt was incurred | | |
|  | Last 4 digits of account number | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Federal income taxes**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| **2.2** | Priority creditor's name and mailing address | **$534,707.83** | **$534,707.83** |
| --- | --- | --- | --- |
|  | **Lincoln Cnty. Assessors Office**<br>**225 West Olive Street**<br>**Room 207**<br>**Newport, OR 97365** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Real estate property tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49    Pg. 24 of 43

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,078.24 | $47,078.24 |
|---|---|---|---|---|

**Lincoln Cnty. Assessors Office**
**225 West Olive Street**
**Room 207**
**Newport, OR 97365**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Personal property taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oregon Dep't of Revenue**
**PO Box 14790**
**Salem, OR 97309-0470**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Corporate Activity Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Oregon Dep't of Revenue**
**PO Box 14380**
**Salem, OR 97309-5075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,079.02 | $39,079.02 |
|---|---|---|---|---|

**Oregon Dep't of Revenue**
**PO Box 14110**
**Salem, OR 97309-0910**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Transient lodging tax**

Last 4 digits of account number **5191**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49    Pg. 25 of 43

| Debtor | **Shilo Inn, Newport, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Oregon Dep't of Revenue**
**PO Box 14800**
**Salem, OR 97309-0920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BCN Telecom, Inc.**
**5000 T-Rex Avenue**
**Suite 375**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notice only__

Last 4 digits of account number __1053__

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,500.00** |
|---|---|---|---|

**Biba, LLC**
**PO Box 2234**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,591.54** |
|---|---|---|---|

**Booking.com B.V.**
**PO Box 740401**
**Bank of America Lockbox Servs.**
**Los Angeles, CA 90074-0401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,199.66** |
|---|---|---|---|

**Central Lincoln PUD**
**PO Box 1126**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __7006__

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.10** |
|---|---|---|---|

**CenturyLink**
**P.O. Box 91155**
**Seattle, WA 98111-9255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __3194__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,187.23 |
| --- | --- | --- | --- |

**CenturyLink**
P.O. Box 52187
Phoenix, AZ 85072-2187

Date(s) debt was incurred _

Last 4 digits of account number  5031

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,941.26 |
| --- | --- | --- | --- |

**City of Newport**
169 SW Coast Highway
Newport, OR 97365

Date(s) debt was incurred _

Last 4 digits of account number  2531,6471,6541,6531

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,663.48 |
| --- | --- | --- | --- |

**Ecolab Inc.**
PO Box 100512
Pasadena, CA 91189-0512

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,286.50 |
| --- | --- | --- | --- |

**Fire Protection Services, Inc.**
9950 SW Arctic Drive
Beaverton, OR 97005

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,295.97 |
| --- | --- | --- | --- |

**NW Natural**
PO Box 6017
Portland, OR 97228-6017

Date(s) debt was incurred _

Last 4 digits of account number  4644

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $922.22 |
| --- | --- | --- | --- |

**Rau Plumbing Inc.**
626 NE 1st Street
Newport, OR 97365

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,184.99 |
| --- | --- | --- | --- |

**Sceptre Hospitality Resources**
PO Box 4356
Dept. 1936
Houston, TX 77210-4356

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case 25-42508-MJH    Doc 1    Filed 10/10/25    Ent. 10/10/25 14:13:49    Pg. 27 of 43

| Debtor | Shilo Inn, Newport, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Spectrum Business**
**1900 Blue Crest Lane**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __1101,1201__

**Basis for the claim:** __Notice only__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,712.00 |
|---|---|---|---|

**Sprague Pest Control**
**PO Box 2222**
**Tacoma, WA 98401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Thompson's Sanitary Service**
**PO Box 643**
**Newport, OR 97365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __0522__

**Basis for the claim:** __Notice only__

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,727.02 |
|---|---|---|---|

**TK Elevator Corporation**
**788 Circle 75 Parkway SE**
**Suite 500**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,499.56 |
|---|---|---|---|

**WorldVue Connect, Inc.**
**5847 San Felipe Street**
**21st Floor**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** __5255__

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Booking.com (USA) Inc.**<br>**28 Liberty Street, 29th Floor**<br>**New York, NY 10005-1499** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Booking.com (USA) Inc.**<br>**920 5th Avenue, Suite 700**<br>**Seattle, WA 98104** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Shilo Inn, Newport, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Central Lincoln PUD**<br>**2129 N Coast Highway**<br>**Newport, OR 97365** | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **CenturyLink**<br>**100 CenturyLink Drive**<br>**Monroe, LA 71203** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **CenturyLink**<br>**100 CenturyLink Drive**<br>**Monroe, LA 71203** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **EcoLab Inc.**<br>**1 EcoLab Place**<br>**Saint Paul, MN 55102** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **NW Natural**<br>**250 SW Taylor Street**<br>**Portland, OR 97204** | Line **3.10**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Oregon Dep't of Revenue**<br>**955 Center St NE**<br>**Salem, OR 97301-2555** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Sceptre Hospitality Resources**<br>**1334 Brittmoore Road #2410**<br>**Houston, TX 77043** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **TK Elevator Corporation**<br>**14626 NE Airport Way**<br>**Portland, OR 97230** | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Worldvue Connect, Inc.**<br>**PO Box 733288**<br>**Dallas, TX 75373** | Line **3.17**<br>☐ Not listed. Explain ____ | **5255** |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $            620,865.09 |
| **5b. Total claims from Part 2** | 5b.  + | $             72,739.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $            693,604.62 |

**Fill in this information to identify the case:**

Debtor name    **Shilo Inn, Newport, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Subscriber Service Agreement** | |
|      State the term remaining      List the contract number of any government contract | **BCN Telecom, Inc.**<br>**5000 T-Rex Avenue, Suite 375**<br>**Boca Raton, FL 33431** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Billboard Sign Ground Lease Agreement** | |
|      State the term remaining    **5/31/2028**      List the contract number of any government contract | **Biba, LLC**<br>**PO Box 2234**<br>**Newport, OR 97365** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Business License Revocation Suspension Agreement (w/ Addendum)** | |
|      State the term remaining      List the contract number of any government contract | **City of Newport**<br>**Attn: City Manager**<br>**169 SW Coast Highway**<br>**Newport, OR 97365** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Ecolab Pool & Spa Chemicals and Services Agreement** | |
|      State the term remaining      List the contract number of any government contract | **Ecolab, Inc.**<br>**Attn: General Counsel**<br>**370 North Wabasha Street**<br>**Saint Paul, MN 55102** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Phase II Dishmachine Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Ecolab, Inc.** |
| | List the contract number of any government contract | | **Attn: General Counsel** |
| | | | **370 North Wabasha Street** |
| | | | **Saint Paul, MN 55102** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Webcam Coastal Observation System (WebCOOS) Camera Installation** | |
|---|---|---|---|
| | State the term remaining | | **SECOORA** |
| | List the contract number of any government contract | | **P.O. Box 13856** |
| | | | **Charleston, SC 29422** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/2030** | **Shilo Management Corporation** |
| | List the contract number of any government contract | | **9120 NE Vancouver Mall Loop** |
| | | | **Suite 245** |
| | | | **Vancouver, WA 98662** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Order Form for Sojern Media Services** | |
|---|---|---|---|
| | State the term remaining | | **Sojern, Inc.** |
| | List the contract number of any government contract | | **18135 Burke St., 3rd Floor** |
| | | | **Omaha, NE 68022** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Sprague Pest Solutions** |
| | List the contract number of any government contract | | **2725 Pacific Avenue** |
| | | | **Tacoma, WA 98402** |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Bronze Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **TK Elevator Corporation** |
| | List the contract number of any government contract | | **788 Circle 75 Parkway SE** |
| | | | **Suite 500** |
| | | | **Atlanta, GA 30339** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Washington Automated Inc.** |
| | List the contract number of any government contract | | **5801 23rd Drive West** |
| | | | **Suite 103** |
| | | | **Everett, WA 98203** |

**Fill in this information to identify the case:**

Debtor name    **Shilo Inn, Newport, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Mark S. Hemstreet** | **c/o Hostetter Law Group LLP PO Box 400 203 E Main Street Enterprise, OR 97828** | **RSS SGCMS2016-C5 - OR SIN, LLC** | ■ D   **2.2** ___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Mark S. Hemstreet** | **c/o Hostetter Law Group LLP PO Box 400 203 E Main Street Enterprise, OR 97828** | **U.S. Small Business Admin.** | ■ D   **2.3** ___ <br> ☐ E/F _____ <br> ☐ G _____ |

# United States Bankruptcy Court
## Western District of Washington

In re    **Shilo Inn, Newport, LLC**          Case No. _____

                   Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark S. Hemstreet**<br>**3072 Rivoli**<br>**Newport Beach, CA 92660** | | **99.9%** | **Membership** |
| **Shilo Newport Corp**<br>**888 SW 5th Ave., Suite 1600**<br>**Portland, OR 97204** | | **0.01%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Receiver, President of Shilo Newport Corp., Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October 10, 2025**          Signature    **/s/ Brian Weiss**

                                                     **Brian Weiss**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Western District of Washington

In re    __Shilo Inn, Newport, LLC__

                                                        Debtor(s)

Case No. _____

Chapter   __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Receiver, President of Shilo Newport Corp., Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __October 10, 2025__ _____

__/s/ Brian Weiss__ _____

__Brian Weiss__/__Receiver, President of Shilo Newport Corp., Manager__
Signer/Title

```
US ATTORNEY
ATTN BANKRUPTCY ASSISTANT
700 STEWART ST #5220
SEATTLE, WA 98101-4438


INTERNAL REVENUE SVC (PHIL)
CENTALIZED INSOL OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346


US TREASURY
SECRETARY OF THE TREASURY
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220


WA DEPT OF REV-SEA
BANKRUPTCY/CLAIMS UNIT
2101 4TH AVE #1400
SEATTLE, WA 98121-2300


WA DEPT OF L&I-OLY
COLLECTIONS
PO BOX 44170
OLYMPIA, WA 98504-4170


WA DEPT OF EMP SEC-OLY
UI TAX ADMIN
PO BOX 9046
OLYMPIA, WA 98507-9046


WA ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS UNIT
800 5TH AVE #2000
SEATTLE, WA 98104


RICHARD B. KEETON
BUSH KORNFELD LLP
601 UNION ST., SUITE 5000
SEATTLE, WA 98101-2373


SHILO INN, NEWPORT, LLC
C/O FORCE TEN PARTNERS, LLC
ATTN: BRIAN WEISS, MANAGER
5271 CALIFORNIA AVE., SUITE 270
IRVINE, CA 92617
```

```
UNITED STATES OF AMERICA
INTERNAL REVENUE SERVICE
915 SECOND AVE.
SEATTLE, WA 98174


ATTORNEY GENERAL OF THE
  UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530-0001


U.S. SMALL BUSINESS ADMIN.
420 L STREET, SUITE 300
ANCHORAGE, AK 99501


U.S. SMALL BUSINESS ADMIN
LEGAL DEPT.
2401 FOURTH AVE. #450
SEATTLE, WA 98121


BCN TELECOM, INC.
5000 T-REX AVENUE
SUITE 375
BOCA RATON, FL 33431


BCN TELECOM, INC.
5000 T-REX AVENUE, SUITE 375
BOCA RATON, FL 33431


BIBA, LLC
PO BOX 2234
NEWPORT, OR 97365


BOOKING.COM (USA) INC.
28 LIBERTY STREET, 29TH FLOOR
NEW YORK, NY 10005-1499


BOOKING.COM (USA) INC.
920 5TH AVENUE, SUITE 700
SEATTLE, WA 98104


BOOKING.COM B.V.
PO BOX 740401
BANK OF AMERICA LOCKBOX SERVS.
LOS ANGELES, CA 90074-0401
```

CENTRAL LINCOLN PUD
PO BOX 1126
NEWPORT, OR 97365


CENTRAL LINCOLN PUD
2129 N COAST HIGHWAY
NEWPORT, OR 97365


CENTURYLINK
P.O. BOX 91155
SEATTLE, WA 98111-9255


CENTURYLINK
P.O. BOX 52187
PHOENIX, AZ 85072-2187


CENTURYLINK
100 CENTURYLINK DRIVE
MONROE, LA 71203


CITY OF NEWPORT
169 SW COAST HIGHWAY
NEWPORT, OR 97365


CITY OF NEWPORT
ATTN: CITY MANAGER
169 SW COAST HIGHWAY
NEWPORT, OR 97365


ECOLAB INC.
PO BOX 100512
PASADENA, CA 91189-0512


ECOLAB INC.
1 ECOLAB PLACE
SAINT PAUL, MN 55102


ECOLAB, INC.
ATTN: GENERAL COUNSEL
370 NORTH WABASHA STREET
SAINT PAUL, MN 55102


FIRE PROTECTION SERVICES, INC.
9950 SW ARCTIC DRIVE
BEAVERTON, OR 97005

```
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS.
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JPMORGAN CHASE BANK, N.A.
PO BOX 182051
COLUMBUS, OH 43218-2051


LINCOLN CNTY. ASSESSORS OFFICE
225 WEST OLIVE STREET
ROOM 207
NEWPORT, OR 97365


MARK S. HEMSTREET
C/O HOSTETTER LAW GROUP LLP
PO BOX 400
203 E MAIN STREET
ENTERPRISE, OR 97828


NW NATURAL
PO BOX 6017
PORTLAND, OR 97228-6017


NW NATURAL
250 SW TAYLOR STREET
PORTLAND, OR 97204


OREGON DEP'T OF REVENUE
PO BOX 14790
SALEM, OR 97309-0470


OREGON DEP'T OF REVENUE
PO BOX 14380
SALEM, OR 97309-5075


OREGON DEP'T OF REVENUE
PO BOX 14110
SALEM, OR 97309-0910


OREGON DEP'T OF REVENUE
PO BOX 14800
SALEM, OR 97309-0920
```

```
OREGON DEP'T OF REVENUE
955 CENTER ST NE
SALEM, OR 97301-2555


RAU PLUMBING INC.
626 NE 1ST STREET
NEWPORT, OR 97365


RSS SGCMS2016-C5 - OR SIN, LLC
200 SOUTH BISCAYNE BLVD.
SUITE 3550
MIAMI, FL 33131


SCEPTRE HOSPITALITY RESOURCES
PO BOX 4356
DEPT. 1936
HOUSTON, TX 77210-4356


SCEPTRE HOSPITALITY RESOURCES
1334 BRITTMOORE ROAD #2410
HOUSTON, TX 77043


SECOORA
P.O. BOX 13856
CHARLESTON, SC 29422


SHILO MANAGEMENT CORPORATION
9120 NE VANCOUVER MALL LOOP
SUITE 245
VANCOUVER, WA 98662


SHILO NEWPORT CORP
888 SW 5TH AVE., SUITE 1600
PORTLAND, OR 97204


SHILO NEWPORT CORP
ATTN: BRIAN WEISS
5271 CALIFORNIA AVENUE
SUITE 270
IRVINE, CA 92617


SOJERN, INC.
18135 BURKE ST., 3RD FLOOR
OMAHA, NE 68022
```

SPECTRUM BUSINESS
1900 BLUE CREST LANE
SAN ANTONIO, TX 78247


SPRAGUE PEST CONTROL
PO BOX 2222
TACOMA, WA 98401


SPRAGUE PEST SOLUTIONS
2725 PACIFIC AVENUE
TACOMA, WA 98402


THOMPSON'S SANITARY SERVICE
PO BOX 643
NEWPORT, OR 97365


TK ELEVATOR CORPORATION
788 CIRCLE 75 PARKWAY SE
SUITE 500
ATLANTA, GA 30339


TK ELEVATOR CORPORATION
14626 NE AIRPORT WAY
PORTLAND, OR 97230


U.S. BANK, N.A.
PO BOX 1800
SAINT PAUL, MN 55101-0800


U.S. SMALL BUSINESS ADMIN.
LEGAL DEPT.
419 SW 11TH AVE., SUITE 310
PORTLAND, OR 97205


U.S. SMALL BUSINESS ADMIN.
LEGAL DEPT.
2401 FOURTH AVE., SUITE 450
SEATTLE, WA 98121


WASHINGTON AUTOMATED INC.
5801 23RD DRIVE WEST
SUITE 103
EVERETT, WA 98203

```
WORLDVUE CONNECT, INC.
5847 SAN FELIPE STREET
21ST FLOOR
HOUSTON, TX 77057


WORLDVUE CONNECT, INC.
PO BOX 733288
DALLAS, TX 75373
```

# United States Bankruptcy Court
## Western District of Washington

In re **Shilo Inn, Newport, LLC**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Shilo Inn, Newport, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 10, 2025**

Date

**/s/ Richard B. Keeton**

**Richard B. Keeton**

Signature of Attorney or Litigant

Counsel for **Shilo Inn, Newport, LLC**

**Bush Kornfeld LLP**

**601 Union St., Suite 5000**
**Seattle, WA 98101-2373**
**206-292-2110 Fax:206-292-2104**
**rkeeton@bskd.com**