ARMAND J. KORNFELD (WSBA #17214)
RICHARD B. KEETON (WSBA #51537)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: jkornfeld@bskd.com, rkeeton@bskd.com

HONORABLE MARY JO HESTON

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>SHILO INN, NEWPORT, LLC,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 25-42508-MJH<br><br>**SECOND AMENDED NOTICE OF PROPOSED SALE OF REAL PROPERTY AND RELATED ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES** |

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On October 28, 2025, Shilo Inn, Newport, LLC (the "Debtor"), debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Chapter 11 Case"), filed a motion (the "Sale Motion") with the United States Bankruptcy Court for the Western District of Washington (the "Bankruptcy Court" or "Court") seeking the entry of: (i) an order (the "Bid Procedures Order") (a) approving Bid Procedures for the sale (the "Sale") of real property and related personal property assets (collectively, the "Assets"), (b) approving procedures for the assumption and assignment of designated executory contracts and unexpired leases (collectively, the "Transferred Contracts"), (c) scheduling the Auction and Sale Hearing, and (d) granting related relief (collectively, the "Bid Procedures Relief"); and (ii) an order (the "Sale Order") (a) authorizing the Sale of the Assets free and clear of all liens, claims, interests and other encumbrances (collectively, "Encumbrances"), to the Successful Bidder submitting the highest or otherwise best bid, (b) authorizing the assumption and assignment of the Transferred Contracts, and (c) granting certain related relief.

**A.** **Sale Hearing**

Pursuant to the Court's *Order (i) Approving Bid Procedures for the Sale of Assets; (ii) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; Scheduling the Sale Hearing; and (iv) Granting Related Relief* [Docket No. 72] (the "Bid Procedures Order"), the Sale Hearing was previously scheduled for Tuesday, December 9, 2025 at 10:00 a.m.

SECOND AMENDED SALE NOTICE – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2892 im10h501c5

Case 25-42508-MJH    Doc 86    Filed 12/10/25    Ent. 12/10/25 14:54:33    Pg. 1 of 3

Pacific Time and subsequently continued by the Court to Thursday, December 18, 2025 at 10:00 a.m. Pacific Time. Following the Debtor's further review and consideration of Bids following the Bid Deadline (as set forth in the Bid Procedures Order), the Debtor has requested, and the Court has granted, a second continuance of the Sale Hearing to **Thursday, January 8, 2026 at 10:00 a.m. Pacific Time**, to be held before the Honorable Mary Jo Heston in the United States Bankruptcy Court for the Western District of Washington. The Sale Hearing is being held to approve the highest or otherwise best offer received for the Assets at the Auction, if any. The Sale Hearing may be further adjourned or rescheduled with prior notice filed on the docket of this Chapter 11 Case or without prior notice by an announcement of the adjourned date at the Sale Hearing.

THE NEW DEADLINE TO OBJECT TO THE DEBTOR'S REQUEST TO APPROVE THE SALE OF THE ASSETS FREE AND CLEAR OF ALL ENCUMBRANCES TO THE SUCCESSFUL BIDDER (EACH, A "<u>SALE OBJECTION</u>") IS **DECEMBER 31, 2025** (THE "<u>SALE OBJECTION DEADLINE</u>").

Any person or entity wishing to submit a Sale Objection must do so in writing and state with particularity the grounds for such objections or other statements of position. All Sale Objections shall be served so as to be actually received by no later than the Sale Objection Deadline by: (i) counsel to the Debtor: (a) Bush Kornfeld LLP, 601 Union Suite, Suite 5000, Seattle, WA 98101, Attn: Richard B. Keeton (rkeeton@bskd.com) and Armand J. Kornfeld (jkornfeld@bskd.com); (ii) the Office of the United States Trustee for the Western District of Washington, 700 Stewart Street, Suite 5103, Seattle, WA 98101, Attn: Matthew J.P. Johnson (matthew.j.johnson@usdoj.gov); and (iii) those parties who have filed a notice of appearance, request for courtesy notice, or request for special notice in this Chapter 11 Case prior to the date of service hereof.

The failure of any person or entity to file and serve a Sale Objection on or before the Sale Objection Deadline, as applicable, (i) shall be deemed a consent to the Sale to the Successful Bidder and the other relief requested in the Sale Motion, and (ii) shall be a bar to the assertion of any objection to the sale of the Assets to the Successful Bidder (including in any such case, without limitation, the transfer of the Assets free and clear of all Encumbrances).

IF NO RESPONSE OR OBJECTION IS TIMELY FILED AND SERVED, the Court may, in its discretion, enter the Sale Order or a form of order substantially similar thereto, WITHOUT FURTHER NOTICE, and strike the Sale Hearing.

///

///

///

///

///

<u>SECOND AMENDED</u> SALE NOTICE – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2892 im10h501c5

Case 25-42508-MJH    Doc 86    Filed 12/10/25    Ent. 12/10/25 14:54:33    Pg. 2 of 3

## B. The Debtor's Contracts and Leases

The Sale Order, if approved, shall authorize the assumption and assignment of the Transferred Contracts of the Debtor. In accordance with the Bid Procedures Order, individual notices setting forth the specific Transferred Contracts to be assumed by the Debtor and assigned to the Successful Bidder and the proposed Cure Amounts for such contracts will be given to all counterparties to the Transferred Contracts. Such counterparties will be given the opportunity to object to the assumption and assignment of a Transferred Contract and the proposed Cure Amount. This Notice is subject to the full terms and conditions of the Bid Procedures and the Bid Procedures Order, which shall control in the event of any conflict. The Debtor encourages all persons to review such documents and all other Sale-related documents in their entirety and to consult an attorney if they have questions or seek advice.

DATED this 10th day of December, 2025.

BUSH KORNFELD LLP

By  /s/ Richard B. Keeton
Armand J. Kornfeld, WSBA #17214
Richard B. Keeton, WSBA #51537
Attorneys for the Debtor

SECOND AMENDED SALE NOTICE – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

Case 25-42508-MJH    Doc 86    Filed 12/10/25    Ent. 12/10/25 14:54:33    Pg. 3 of 3